# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Emoji Company GmbH

                              Plaintiff,

v.                                         Case No.: 1:21−cv−02942

                                        Honorable Gary Feinerman

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 11, 2021:

       MINUTE entry before the Honorable Gary Feinerman:Motion for extension of time [63] is granted. The deadline for Plaintiff to respond to Defendant Yhenko's motion to dismiss [49] is extended to 8/16/2021; Defendant Yhenko shall reply by 8/23/2021.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.